United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 14-CR-0304-JD  (KAW) |
| Plaintiff, | ) **ORDER OF DETENTION** |
| v. | ) |
| RODNEY LEE WILSON, | ) |
| Defendant. | ) |

Defendant Rodney Lee Wilson is charged in an indictment with Fraud and Related Activity in Connection with Access Devices, in violation of 18 U.S.C. § 1029(a)(5).

At Defendant's initial appearance, the United States moved for the defendant's detention pursuant to 18 U.S.C. § 3142, and Defendant requested a full bail study and detention hearing to be held on October 6, 2014, as permitted by 18 U.S.C. § 3142(f)(2).  On October 6, 2014, following a hearing pursuant to 18 U.S.C. § 3142(f), and considering the Pretrial Services report, the indictment filed in this case, the proffers by both parties, and the factors set forth in 18 U.S.C. § 3142(g), the Court ordered the defendant detained, finding the government had met its burden of showing, by a preponderance of the evidence, that no condition or combination of conditions will reasonably assure the appearance of the defendant. *See United States v. Motamedi*, 767 F.2d 1403, 1407 (9th Cir. 1985).

In particular, the Court noted that Defendant allegedly booked fraudulent airline tickets, and after the indictment was filed, he allegedly contacted Secret Service agents, who were having difficulty locating him, told them that he was working in Atlanta, Georgia for the past year, and booked a fraudulent flight to evade capture. Defendant allegedly continued to book fraudulent flights at least ten times during the four months that agents were trying to find him. Defendant continued to fail to turn himself in on the warrant, but was finally arrested in Richmond, California.

DETENTION ORDER
NO. CR-14-71068-MAG (KAW)

The court also considered Defendant's unstable residence, lack of employment, possession of a passport, international travel, use of aliases, and lack of viable sureties. Specifically, Defendant's mother and sister were proposed sureties, both of whom may have traveled using one of the fraudulent airline tickets purchased by Defendant. In addition, the court considered defendant's lengthy criminal history which includes a pattern of fraud and theft related arrests, drug and alcohol related arrests, and numerous failures to appear. He also had an outstanding warrant for his arrest in another pending case, and numerous probation revocations.

Defendant is ordered detained, as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure Defendant's appearance.

Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal.  *See* 18 U.S.C. § 3142(i)(2).  Defendant must be afforded a reasonable opportunity to consult privately with counsel.  *See* 18 U.S.C. § 3142(i)(3).  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver defendant to the United States Marshal for a court appearance.  *See* 18 U.S.C. § 3142(i)(4).

IT IS SO ORDERED.

Dated: October 9, 2014

HON. KANDIS A. WESTMORE
United States Magistrate Judge

DETENTION ORDER
NO. CR-14-71068-MAG (KAW)