| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | ELLEN SWAIN (CABN 310340)<br>CHRISTINA McCALL (CABN 234139) |
| 5 | Assistant United States Attorneys |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724 |
| 8 | Ellen.Swain@usdoj.gov<br>Christina.McCall@usdoj.gov |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 14-00304-JD |
| Plaintiff, | )<br>) | |
| v. | )<br>) | STIPULATION AND ORDER TO CONTINUE<br>HEARING TO DECEMBER 18, 2017 |
| RODNEY LEE WILSON, | )<br>) | Date: November 17, 2017 |
| Defendant. | )<br>) | Time: 9:30 a.m.<br>Court: Hon. James Donato |
| | ) | |

The above-captioned matter is set on November 17, 2017 before this Court for an evidentiary hearing on a petition alleging violations of Defendant's conditions of supervised release. The parties request that the Court continue the hearing to December 18, 2017. The continuance is requested because an amended petition alleging additional charges will be filed, and the parties will need time to review the new allegations and prepare for the evidentiary hearing.

In addition, Mr. Wilson, on October 30, 2017, underwent a surgical procedure, which results in him having limited physical movement, and makes his participation in the currently-scheduled hearing impractical. The Probation Office has seen Mr. Wilson since the surgery, and confirmed he is unable to walk. Due to Mr. Wilson's medical status, he is not currently cleared by his doctor to work.

STIP. REQUEST TO CONTINUE HEARING
CR 14-00304 JD

1     Mr. Wilson's attorney, Ethan A. Balogh, and the assigned United States Probation Officer, Shaheen Shan, are available on December 18, 2017. Mr. Balogh is currently in trial in case 14-cr-00139 SI, a lengthy jury trial before Judge Illston.

DATED: November 15, 2017                                 Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

  */s/ Ellen Swain*
  */s/ Christina McCall*        */s/ Ethan A. Balogh*
ELLEN SWAIN                     ETHAN A. BALOGH
CHRISTINA McCALL           Attorney for Rodney Wilson
Assistant U. S. Attorneys

## ORDER

    Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS that the evidentiary hearing is continued until December 18, 2017, at 10:30 a.m.

    IT SO ORDERED.

DATED: November 15, 2017

                                                      The Hon. James Donato
                                                      United States District Court Judge